# In the United States Court of Federal Claims

No. 25-247
Filed: May 21, 2025

|  |  |
|---|---|
| FAOUZI JABER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On February 10, 2025, plaintiff, Mr. Faouzi Jaber, proceeding *pro se*, filed his complaint with the Court. *See generally* Complaint, ECF No. 1. That same day, Mr. Jaber filed an application to proceed *in forma pauperis*. Motion for Leave to Proceed *In Forma Pauperis*, ECF No. 2.

On February 13, 2025, the Court denied Mr. Jaber's *in forma pauperis* application and ordered Mr. Jaber to pay the filing fee within thirty (30) days or his complaint would be dismissed without prejudice for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). *See* February 13, 2025 Order, ECF No. 5. On March 20, 2025, the Court extended the filing fee deadline to May 19, 2025, as requested by Mr. Jaber. *See* March 20, 2025 Order, ECF No. 9. This Court has not received Mr. Jaber's filing fee. Accordingly, Mr. Jaber's complaint is hereby **DISMISSED** without prejudice for failure to prosecute, pursuant to RCFC 41(b). The Clerk of Court is directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge